ELIZABETH A. MOORE, Individually and as Executrix of ALBERT H. MOORE, Deceased, Appellant, *v.* KITTIE P. DE GROOTE, Individually and as Executrix of ALBERT H. MOORE, Deceased, Respondent

*Moore v. De Groote*, 158 App. Div. 828, appeal dismissed.
(Submitted November 9, 1914; decided November 11, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 7, 1913, which reversed an order of Special Term overruling a demurrer to the complaint and directed a dismissal of said complaint in an action to obtain a construction of the will of Albert H. Moore, deceased.

*John M. Gardner* for appellant.

*Edwin L. Kalish* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.